**No. 62762.**—Lyons Transport *v.* United States, protest 252346–K/6687 (Chicago).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the merchandise consists of diamond grinding wheels similar in all material respects to those the subject of *Swiss Manufactures Association, Inc., et al.* v. *United States* (39 Cust. Ct. 227, C.D. 1933), the claim of the plaintiff was sustained.

**No. 62763.**—Fabry Associates, Inc. *v.* United States, protest 58/6641 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

**No. 62764.**—R. H. Macy Co., Inc. *v.* United States, protest 58/13614 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.

**No. 62765.**—Castle Distributing Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 325494–K(B) (New York).

Opinion by MOLLISON, J.   At the trial, it was established that the merchandise contained in cases 1 and 3, to which the claim was limited, was made entirely of wood and consisted of crucifixes having wooden crosses.   On the record presented, the claim of the plaintiffs was sustained.